UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


COMERICA BANK
*Plaintiff*

vs.

JPMORGAN CHASE BANK,
    NATIONAL ASSOCIATION
*Defendant*

Case No.        24-cv-12167

HON:

MAG.
JUDGE:

---

COMPLAINT

Plaintiff Comerica Bank ("Comerica") complains against defendant JPMorgan Chase Bank, National Association ("Chase Bank") as follows:

PARTIES – JURISDICTION – VENUE

1.   This action for money damages in the amount of $147,985.67 arises out of various check transactions in which Chase Bank breached its Uniform Commercial Code ("UCC") warranties in the presentment of checks (sometimes "Disputed Check(s)" or "item" in this pleading) to Comerica.

2.   This district court has subject matter jurisdiction by operation of 28 USC 1332(a)(1) because the amount in controversy (exclusive of costs, interest, and attorney fees) exceeds $75,000.00 and diversity of citizenship exists:

   a.   Plaintiff Comerica is a Texas banking association organized and existing under Texas law with its principal place of business in Texas.

   b.   Defendant Chase Bank is a national banking association organized and existing under the laws of the United States with its home office in Ohio (*see* 28 USC 1348).

3.   Venue is proper in this district court because the action arose at Comerica's Operations Center located in this judicial district where Chase Bank presented each of the Disputed Checks for payment. Chase Bank also conducts business in this judicial district.

GENERAL ALLEGATIONS

4.   Comerica processes checks drawn on its customer's accounts, including the

Disputed Checks, at its facilities located in this judicial district.

5.   Complaint exhibits 1 through 10 are redacted images of the Disputed Checks

summarized as follows:

| EX | DRAWER | CK # | POSTED | AMOUNT |
|----|--------|------|--------|--------|
| 1 | Public School Academies | 16504 | 05/09/2023 | $40,632.65 |
| 2 | Public School Academies | 9694 | 05/09/2023 | $28,566.83 |
| 3 | Michael L. Vis | 1712 | 09/05/2023 | $1,015.00 |
| 4 | Texas Pride Disposal | 10339 | 07/23/2023 | $23,757.14 |
| 5 | Grand Texas Homes GP | 27348 | 10/25/2022 | $12,417.82 |
| 6 | Noella I Russo Trust | 6968 | 05/22/2023 | $11,089.23 |
| 7 | Westridge Mobile Home Park | 2936 | 03/27/2023 | $22,382.00 |
| 8 | Mark L. Rowe | 8975 | 04/11/2023 | $4,200.00 |
| 9 | Po Ai | 4043 | 03/20/2023 | $2,800.00 |
| 10 | Jeanette Marie Ciancia | 112 | 08/23/2023 | $1,125.00 |

6.   Chase Bank accepted each Disputed Check for deposit and collection from

Comerica.

7.   Chase Bank presented an electronic image of each Disputed Check to

Comerica for payment.

8.   By operation of law, Chase Bank warranted to Comerica that Chase Bank was

entitled to enforce each Disputed Check or was authorized to obtain payment

on behalf of one who was entitled to enforce each Disputed Check; and, the

Disputed Checks were not altered. UCC 4-208(a); 3-417(a).

9.   For each Disputed Check, Comerica paid Chase Bank in good faith and debited a like amount from the relevant Comerica account.

10.  Comerica later learned that none of the Disputed Checks was properly chargeable against the relevant Comerica account.

11.  Chase Bank breached its warranties and damaged Comerica with respect to each Disputed Check transaction identified in the complaint exhibits.

12.  Comerica is entitled to damages from Chase Bank in the amount of the Disputed Checks, or $147,985.67, plus interest and compensation for expenses of litigation, including but not limited to attorney fees. UCC 4-208; 3-417.

## COUNT I (Exhibits 1-5)

13.  The General Allegations are incorporated by reference into this count.

14.  This count relates to the Disputed Checks in complaint exhibits 1 through 5.

15.  In each instance, Chase Bank's presentment of a Disputed Check constituted Chase Bank's entitled-to-enforce warranty to Comerica under UCC 3.417(a)(1); 4.208(a)(1).

16.  The Disputed Checks were not endorsed as drawn in that each item had an improper, unauthorized, or missing endorsement.

17.  On information and belief, in each instance the drawer's intended payee did not: a) receive or endorse the item; b) have any interest in the account at

Chase Bank into which the item was deposited; or c) receive the intended amount of proceeds from the check transaction.

18. Chase Bank's transfer and presentment to Comerica of each Disputed Check constituted a breach of Chase Bank's warranty to Comerica under UCC 3.417(a)(1) and 4.208(a)(1) and damaged Comerica.

COUNT II (Exhibits 6-10)

19. The General Allegations are incorporated by reference into this count.

20. This count relates to the items in complaint exhibits 6 through 10.

21. In each instance, the check was originally drawn with an authorized signature of the drawer.

22. In each instance, under circumstances presently unknown to Comerica and after each check was originally drawn, the original check was altered within the meaning of UCC 3.407(a)(i) in that unauthorized changes were made that purported to modify the obligation of a party to the instrument as follows:

> Exhibit 6 (check 6968): the original payee (i.e., America Express) was altered to: Isis Harris

> Exhibit 7 (check 2936): the original payee (i.e., Superior Township) was altered to: Upgrade Construction LLC, 163 Monte Verano Ct., San Jose, AA 95116-2659

> Exhibit 8 (check 8975): the original payee (i.e., Central Baptist Church) and the original dollar amount (i.e., $500) were altered to: Tonasha Robinson and $4,200.00, respectively

–5–

Exhibit 9 (check 4043): the original payee (i.e., Chase) and the original dollar amount (i.e., $171.26) were altered to: Jia Hao and $2,800.00, respectively

Exhibit 10 (check 112): the original payee (i.e., American Express) and the original dollar amount (i.e., $125.00) were altered to: Aderryne Hubbard and $1,125.00, respectively

23. In each instance, Chase Bank's presentment of the Disputed Check constituted Chase Bank's no-alteration warranty to Comerica under UCC 3.417(a)(2); 4.208(a)(2).

24. In each instance, the altered payee was not the drawer's intended payee of the check as originally drawn.

25. On information and belief, in each instance the drawer's intended payee did not: a) receive or endorse the altered check; b) have any interest in the account at Chase Bank into which the altered check was deposited; or c) receive the intended proceeds or benefit from the altered check transaction.

26. Chase Bank's transfer and presentment of each Disputed Check to Comerica constituted a breach of Chase Bank's no-alteration warranty to Comerica under UCC 3.417(a)(2) and 4.208(a)(2) and damaged Comerica.

RELIEF REQUESTED

Plaintiff Comerica Bank requests entry of a money judgment in its favor against defendant JPMorgan Chase Bank, National Association, in the combined amount of the Disputed Checks, or $147,985.67, plus interest and compensation for expenses of litigation, including but not limited to attorney fees, and any other damages allowed by law.

Date: August 19, 2024

/s/ David Wells
*For* Plaintiff Comerica Bank
Stancato Tragge Wells PLLC
2111 Woodward Ave – Suite 701
Detroit, MI 48201
(248) 731-4500
dwells@stwlawfirm.com
P47588

/s/ Henry Stancato
*For* Plaintiff Comerica Bank
Stancato Tragge Wells PLLC
2111 Woodward Ave – Suite 701
Detroit, MI 48201
(248) 731-4500
hstancato@stwlawfirm.com
P29538

EXHIBIT-1

# Comerica Bank

Account Number:
Capture Date: May 09, 2023
Item Number: 5250128943281
Posted Date: May 09, 2023
Posted Item Number: 970063642
Amount: 40,632.65
Record Type: Debit
RT Number: 072000096

PUBLIC SCHOOL ACADEMIES OF DETROIT
485 W MILWAUKEE ST
DETROIT MI 48202

---

**PUBLIC SCHOOL ACADEMIES OF DETROIT**
UNIVERSITY PREPARATORY
SCIENCE AND MATH 2009
PO BOX 2457
DETROIT, MI 48202

COMERICA BANK
www.comerica.com

16504

90-5/720
433

DATE 4/27/2023

AMOUNT $40,632.65

\*\*\*Forty Thousand Six Hundred Thirty Two and 65/100 Dollars\*\*\*

PAY
TO THE
ORDER
OF

Diamond Hospitality, LLC
4777 East Outer Drive
Detroit, MI 48234

TWO SIGNATURES REQUIRED OVER $5,000
VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

⑈0L650L⑈ ⑈072000096⑈

EXHIBIT-2

# ComericA Bank

Account Number:
Capture Date:     May 09, 2023
Item Number:     5250128943280
Posted Date:     May 09, 2023
Posted Item Number:     970063641
Amount:     28,566.83
Record Type:     Debit
RT Number:     072000096

THE PUBLIC SCHOOL ACADEMIES OF DETROIT
DBA UNIVERSITY PREPARATORY ACADEMY
ART & DESIGN SCHOOL
485 W MILWAUKEE
DETROIT MI 48202



CASH ONLY IF ALL Checkfock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

PUBLIC SCHOOL ACADEMIES OF DETROIT
University Preparatory Academy Art and Design School
485 W. Milwaukee Street
Detroit, MI 48202
(313) 481-4000

COMERICA BANK
DETROIT, MI 48202
9-9720

9694

4/27/2023

PAY TO THE ORDER OF     Diamond Hospitality, LLC     $ 28,566.83

***Twenty Eight Thousand Five Hundred Sixty Six and 83/100 Dollars***

DOLLARS

Diamond Hospitality, LLC
4777 East Outer Drive
Detroit, MI 48234

TWO SIGNATURES REQUIRED OVER $5,000

MEMO

⑈009694⑈ ⑆072000096⑆

4/27/2023

EXHIBIT-3



Current Date: September 12, 2023

Account Number:
Capture Date: September 05, 2023
Item Number: 5250131791590
Posted Date: September 05, 2023
Posted Item Number: 970025298
Amount: 1,015.00
Record Type: Debit
RT Number: 072000096

MICHAEL L VIS

---

MICHAEL L VIS        07-13

1712
9-9/720
486

DATE  9/1/2023

Pay to the
Order of  York Crek  $ 1015.⁰⁰

One thousand — fifteen and ⁰⁰/₁₀₀  DOLLARS

ComericA Bank.
www.comerica.com

3835 #4

For

⑃⑈⑃⑈⑈⑈⑈⑈⑈⑈⑈  01712

MICHAEL L VIS        07-13

Security Features exceed industry standards and include:
• ImageMatch — Matching account and check number
  on back (Patent No. 9,240,008)
• MobileMark — Mobile Deposit check when this
  check has been deposited via a mobile device
• The Security Weave — patter on front and back
• Microprint (MP) lines printed on front and back
• The words "ORIGINAL DOCUMENT" on back
• Photo Safe Deposit — Icon v...

Do not cash if:
• Any of the features listed above are missing or appear altered
...

5111101029
JPMorgan Chase Bank, N.A
As Agent for Discover

CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON THE BACK

ENDORSE HERE

EXHIBIT-4



Current Date:            December 27, 2023

Account Number:
Capture Date:            July 06, 2023
Item Number:             5250130462284
Posted Date:             July 06, 2023
Posted Item Number:      970313596
Amount:                  23,757.14
Record Type:             Debit
RT Number:               111000753

TEXAS PRIDE DISPOSAL SOLUTIONS LLC
PO BOX 79529
HOUSTON TX 77279



EXHIBIT-5





Posted      : 10/25/2022
Bank        : 00000002
R/T         : 11100075
Account     :
Check       : 27348
Amount      : 12417.82
DIN         : 970364091

EXHIBIT-6

# ComericA Bank

| | |
|---|---|
| Account Number: | |
| Capture Date: | May 22, 2023 |
| Item Number: | 5250129722195 |
| Posted Date: | May 22, 2023 |
| Posted Item Number: | 970752411 |
| Amount: | 11,089.23 |
| Record Type: | Debit |
| RT Number: | 072000096 |

NOELLA I RUSSO REV LIV TRUST UAD 122496
NOELLA I RUSSO TRUSTEE

---

**NOELLA I RUSSO**

6968

9-5/720
234

5-14-23
Date

Pay to the Order of _Isis Harris_ | $ *11,089.23*

Eleven thasand eighty nine 23/100 _____ Dollars

ComericA Bank.
www.comerica.com

Platinum Circle

For _____

_noella Russo_ MP

⑆072000096⑆ ■■■■■ 06968

Harland Clarke

JEWELED ELEGANCE

---

EXHIBIT-7

# Comerica Bank

Account Number:
Capture Date:          March 27, 2023
Item Number:           5250127853914
Posted Date:           March 27, 2023
Posted Item Number:    970159401
Amount:                22,382.00
Record Type:           Debit
RT Number:             072000096

WESTRIDGE MOBILE HOME PARK LLC
28411 NORTHWESTERN HIGHWAY
SUITE 900
SOUTHFIELD MI 48034



Westridge Mobile Home Park, L.L.C.                    Comerica Bank                          2936
28411 Northwestern Highway                            Detroit, MI
Suite 900                                                                          Date: 03/20/2023
Southfield, MI 48034                                            9-9/720

Pay     Twenty Two Thousand Three Hundred Eighty Two Dollars                      $22,382.00

Pay     UPGRADE CONSTRUCTION LLC
to the  163 MONTE VERANO CT.
Order of SAN JOSE, CA 95116-2659
                                                                    Void After 60 Days

⑈002936⑈  ⑆072000096⑆

EXHIBIT-8

# ComericA Bank

Account Number:
Capture Date: April 11, 2023
Item Number: 5250128322589
Posted Date: April 11, 2023
Posted Item Number: 970336023
Amount: 4,200.00
Record Type: Debit
RT Number: 111000753

MARK L ROWE
LINDA N ROWE

---

**MARK L ROWE**
**LINDA N ROWE**

8975
22-75/1110
635

4 -7 - 23

DATE

Pay to the
Order of  Tonasha  Robinson                    $  4,200.00

Four thousand  two hundred and   00/100   DOLLARS

ComericA Bank
Comerica Bank
www.comerica.com

Platinum Circle

For_____

⑈111000753⑈                08975

---

For Deposit Only - JPMC

For electronic deposit at
Chase only
Tonasha Robinson

EXHIBIT-9

# ComericA Bank

| | |
|---|---|
| Account Number: | |
| Capture Date: | March 20, 2023 |
| Item Number: | 5250127443968 |
| Posted Date: | March 20, 2023 |
| Posted Item Number: | 970055912 |
| Amount: | 2,800.00 |
| Record Type: | Debit |
| RT Number: | 121137522 |

PO AI

---

4043

90-3752/1211

**PO AI**

DATE 3/14/23

PAY TO THE ORDER OF   JIA HAO          $2800.00

TWo Thousand Eight Hundred Dollars DOLLARS

**COMERICA BANK**
(800) 522-2265
WWW.COMERICA.COM

MEMO CASH FOR Jia Hao

⑆121137522⑆           4043

DO NOT ... RT ... STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE
FOR DEPOSIT ONLY

EXHIBIT-10

Current Date: September 22, 2023



| | |
|---|---|
| Account Number: | ████████ |
| Capture Date: | August 30, 2023 |
| Item Number: | 5250131769525 |
| Posted Date: | August 30, 2023 |
| Posted Item Number: | 970041442 |
| Amount: | 1,125.00 |
| Record Type: | Debit |
| RT Number: | 111000753 |

JEANETTE MARIE CIANCIA

████████████████

Janie Marie Ciancia                                                      112
                                                                         20-76/1110

████████                                          8/30 2023

Pay to the order of  Aderryne  Hubbard                    $ 1125.00

One Thousand and one hundred twenty five 00/100 Dollars    🏦

Comerica Bank -Texas

For  Chase

⑆111000753⑆  ████████  0112

For Deposit Only - JPMC

Aderryne Hubbard