## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

COMERICA BANK,
    Plaintiff,

vs.

JPMORGAN CHASE BANK,
    Defendant.

Case No. 2:24-cv-12167-MFL

Hon. Matthew F. Leitman

| | |
|---|---|
| Henry Stancato (P29538)<br>David Wells (P47588)<br>STANCATO TRAGGE WELLS PLLC<br>2111 Woodward Avenue, Suite 701<br>Detroit, MI 48201<br>(248) 731-4500<br>dwells@stwlawfirm.com<br>hstancato@stwlawfirm.com<br>*Attorneys for Plaintiff* | Aimee R. Gibbs (P70522)<br>DICKINSON WRIGHT PLLC<br>350 S. Main Street, Suite 300<br>Ann Arbor, MI 48104<br>(734) 623-1653<br>agibbs@dickinsonwright.com<br>*Attorneys for JPMorgan Chase Bank* |

## APPEARANCE OF COUNSEL

Aimee R. Gibbs of Dickinson Wright PLLC hereby enters her appearance as counsel for Defendant JPMorgan Chase Bank in the above-captioned matter.

                              Respectfully submitted,

Dated: September 12, 2024        */s/ Aimee R. Gibbs*
                                         Aimee R. Gibbs (P70522)
                                         DICKINSON WRIGHT PLLC
                                         350 S. Main Street, Suite 300
                                         Ann Arbor, MI 48104
                                         (734) 623-1653

                                         *Attorneys for JPMorgan Chase Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2024, the foregoing document was electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                                */s/ Stacey K. Bricault*
                                                Stacey K. Bricault
                                                Legal Assistant, Dickinson Wright PLLC

4874-0408-2660 v2 [9-686]